Hazel Myers, Respondent, v. United Traction Company, Appellant. Charles T. Myers, Respondent, v. United Traction Company, Appellant.— Judgments and orders unanimously affirmed, with costs.

Before State Industrial Board, Respondent. In the Matter of the Claim of James Harkins, Respondent, for Compensation under the Workmen's Compensation Law, v. Brooklyn Rapid Transit Company, Employer and Self-Insurer, Appellant.— Award modified by reducing the sum allowed to eight dollars per week, the minimum provided in subdivision 5 of section 15 of the Workmen's Compensation Law,* and as modified unanimously affirmed, without costs.

Before State Industrial Board, Respondent. In the Matter of the Claim of Mary Graffe, Mother of Felix Graffe, Respondent, for Compensation under the Workmen's Compensation Law, by Reason of the Death of Felix Graffe, v. Art Color Printing Company, Employer, and Ætna Life Insurance Company, Insurance Carrier, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant was not a dependent of the deceased employee at the time of the accident which caused his death. All concur.

Before State Industrial Board, Respondent. In the Matter of the Claim of Mrs. Edith Elliott, Respondent, for Compensation for Herself and Child on Account of the Death of Glenn P. Elliott, under the Workmen's Compensation Law, v. United States Gypsum Company, Employer, and Employers' Liability Assurance Corporation, Ltd., Insurance Carrier, Appellants.— Award unanimously affirmed, with costs.

Before State Industrial Board, Respondent. In the Matter of the Claim of Mrs. Ellen Bowman, Respondent, for Compensation for the Death of Her Husband, Timothy D. Bowman, under the Workmen's Compensation Law, v. John W. Gibson, Employer, and Royal Indemnity Company, Insurer, Appellants.— Award unanimously affirmed, with costs.

Before State Industrial Board, Respondent. In the Matter of the Claim of Mary H. Armstrong, Respondent, for Compensation under the Workmen's Compensation Law, v. American Red Cross, Employer, and Employers' Liability Assurance Corporation, Ltd., Insurance Carrier, Appellants.— Award unanimously affirmed, with costs.

---

* Amd. by Laws of 1920, chap. 532. Now Consol. Laws, chap. 67 (Laws of 1922, chap. 615), § 15, subd. 6.— [Rep.